# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0782

_____

JAMES G. LINCE, THE BARTOS
GROUP, LLC and TODD R.
BARTOS, ESQ.,

    Appellants,

    v.

PELICAN CIRCLE ASSOCIATION,
INC., et al.,

    Appellees.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

October 8, 2025

PER CURIAM.

James G. Lince seeks review of nine orders granting summary judgment on claims he raised in his fourth amended complaint and of two final judgments awarding attorney's fees. We affirm without comment the orders awarding attorney's fees to the Garris defendants and to the Watson defendants entered on February 19, 2024.

We dismiss the appeal as to the remaining orders because they are not final orders nor are they nonfinal orders appealable under Florida Rule of Appellate Procedure 9.130. *See* Fla. R. App. P. 9.130(a)(3) (listing the types of appealable nonfinal orders); *Hoffman v. Hall*, 817 So. 2d 1057, 1058 (Fla. 1st DCA 2002) ("The traditional test for finality is whether the decree disposes of the cause on its merits leaving no questions open for judicial determination except for execution and enforcement of the decree if necessary."); *Cardiothoracic & Vascular Surgery, P.A. v. W. Fla. Reg'l Med. Ctr.*, 993 So. 2d 1060, 1061 (Fla. 1st DCA 2008) (holding that an order that merely grants a motion for summary judgment, without also entering judgment, is not final). They are also not appealable as partial final judgments. Fla. R. App. P. 9.110(k) (explaining that "[a] partial final judgment, other than one that disposes of an entire case as to any party, is one that disposes of a separate and distinct cause of action that is not interdependent with other pleaded claims").

AFFIRMED, in part, DISMISSED, in part.

LEWIS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kristin Matthews and Todd R. Bartos of The Bartos Group, LLC, Tallahassee, for Appellants.

Darryl Steve Traylor, Jr. and T.A. Borowski, Jr., Borowski & Traylor, P.A., Pensacola; and Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for Appellees.